# EXHIBIT A

# Wells Fargo - IOLA (Non-Interest)
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Deposit | 02/19/2016 | Cashier | Constellation Healthcare Technologies | wire in re: Purchase of 2 Silver Terrace #12J | Wells Fargo-IOLA | | 9,066,406.81 | |
| Check | 02/19/2016 | 6757391465 | Elliott Greene and Clodagh Bowyer | Cashier's Check | Wells Fargo-IOLA | 4,967,206.74 | | |